~~SEALED~~

ORDERED UNSEALED on 03/28/2025   s/ STN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br> EDUARDO VALENCIA FLORES,<br><br>          Defendant. | Case No. **25mj0987**<br><br>COMPLAINT<br><br>Title 18, U.S.C., Secs. 922(a)(1)(A), 923(a), 924(a)(1)(D) – Engaging in the Business of Dealing Firearms Without a License (Felony)<br><br>Title 26, U.S.C., Sec. 5861(d) – Possession of an Unregistered Firearm (Felony)<br><br>Title 18, U.S.C., Sec. 922(o) and 924(a)(2) – Possession of a Machinegun (Felony) |

The undersigned complainant being duly sworn states:

COUNT ONE

Beginning no later than on or about June 28, 2024, and continuing through on or about October 28, 2024, within the Southern District of California and elsewhere, defendant EDUARDO VALENCIA FLORES, not being licensed as an importer, manufacturer, and dealer of firearms, willfully engaged in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT TWO

On or about August 14, 2024, in the Southern District of California, defendant EDUARDO VALENCIA FLORES did knowingly possess a firearm, to wit: an Aero Precision, Model X15, .223 caliber, short-barreled rifle

JRE:San Diego:3/3/25

(SBR) bearing serial number X506284 with a nine (9) inch long barrel, not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d).

## COUNT THREE

On or about October 28, 2024, in the Southern District of California, defendant EDUARDO VALENCIA FLORES did knowingly possess a machinegun, to wit: a machinegun conversion device (MCD), which is a machinegun as defined in 26 U.S.C. § 5845(b); in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

*Brandon Farmer*

BRANDON FARMER, Special Agent

Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 5th day of March 2025.

U.S. Magistrate Judge Steve B. Chu

2

## PROBABLE CAUSE STATEMENT

During my duties as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), I have learned the following information from my personal observations and having read reports prepared by other law enforcement officers. The following does not contain all the information known to me or other federal agents and state and local officers regarding this investigation but does contain those facts believed to be necessary to establish the requisite probable cause for the violations alleged herein.

## INTRODUCTION

Beginning in June 2024, ATF special agents identified EDUARDO VALENCIA FLORES as someone who was illegally selling firearms within the Southern District of California without a license. VALENCIA FLORES was also selling machine gun conversion devices ("MCDs") and short barreled rifles ("SBRs") in violation of the National Firearms Act ("NFA"). Federal agents coordinated multiple controlled purchase operations of firearms from VALENCIA FLORESs utilizing an ATF confidential informant "(CI") and two ATF undercover agents ("UC-1") ("UC-2").

## DESCRIPTION OF A SHORT-BARRELED RIFLE ("SBR")

Based on my training and experience, a short-barreled rifle is a rifle having one or more barrels less than sixteen inches in length and any weapon made from a rifle (whether by alteration, modification, or otherwise) if such weapon, as modified, has an overall length of less than twenty-six inches.

## NATIONAL FIREAMS REGISTRATION ("NFA") AND TRANSFER RECORD

Based upon my training and experience, I know that NFA firearms are restricted firearms and other devices regulated by the NFA. These items

3

are only sold by specially licensed Federal Firearms License ("FFL") dealers with a Class 3 Special Occupational Tax permit. An FFL is a license in the United States that enables an individual or company to engage in a business pertaining to the manufacture or importation of firearms and ammunition, or the interstate and intrastate sale of firearms. To lawfully possess or transfer NFA firearms, the NFA firearm must be registered to the possessing or transferring individual in the National Firearms Registration and Transfer Record. Moreover, according to ATF records, VALENCIA FLORES is not a licensed FFL dealer with a Class 3 Special Occupational Tax permit, and no machine gun is registered to VALENCIA FLORES in the NFA and Transfer Record. VALENCIA FLORES is, therefore, prohibited from selling machine guns.

DESCRIPTION OF A MACHINE GUN CONVERSION DEVICE ("MCD")

Based upon my training and experience, and consistent with 26 USC § 5845 (b), I know that the term "machine gun" or "machinegun," means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include any part designed and intended solely and exclusively for use in converting a weapon into a machinegun.

On or About June 28, 2024 - FIRST PURCHASE OF FIREARMS FROM VALENCIA FLORES

(Count 1)

Beginning in June 2024, the CI was negotiating the purchase of firearms from an individual via a social media application. The CI was provided a telephone number for the "main plug," who was later identified as VALENCIA FLORES.

1   The CI negotiated the purchase of firearms to take place on or
2 about June 28, 2024. A controlled purchase operation for the purchase
3 of three (3) rifles for a total of $4,200 in Escondido, California was
4 planned.
5   During a recorded and surveilled meeting, VALENCIA FLORES, who
6 arrived to the deal location in a vehicle registered to him and was
7 identified by comparison to his DMV photograph(s), met with the CI and
8 ATF UC-1. During the meeting, VALENCIA FLORES introduced himself to the
9 CI and UC-1 as "Eduardo". VALENCIA FLORES provided the CI and UC-1 with
10 a blanket which concealed three firearms. While inspecting the firearms,
11 UC-1 realized that only two of the firearms were rifles and the third
12 was a shotgun. UC-1 renegotiated the price for the firearms. VALENCIA
13 FLORES agreed to sell UC-1 one (1) Eksen Arms, MKA 1919, 12-gauge, Semi-
14 Auto Shotgun bearing S/N: X1206504 for $1,000; one (1) Anderson
15 Manufacturing, AM-15, multi caliber, rifle bearing S/N: 20175185, for
16 $1,500; and one (1) Radical Firearms, PR-15, multi caliber, rifle bearing
17 S/N: 23-098271 for $1,500.
18   VALENCIA FLORES informed UC-1 that he also had pistols with him
19 that were available to purchase. UC-1 inspected the pistols and agreed
20 to also purchase one (1) Glock, 29, 10mm, pistol bearing S/N: CCRS445,
21 for $900; one (1) FMK, 9C1, 9mm, pistol bearing S/N: BFF4493, for $900;
22 and one (1) Ruger, SR9, 9mm, pistol bearing S/N: 335-72356, for $1,000.
23   In total, UC-1 paid VALENCIA FLORES $6,800 in pre-recorded ATF
24 funds for all six (6) of the firearms.
25 //
26 //
27 //
28 //

5

<u>On or About August 14, 2024 - SECOND PURCHASE OF FIREARMS FROM VALENCIA FLORES</u>

<u>(Counts 1 & 2)</u>

Following the controlled purchase operation on or about June 28, 2024, UC-1 maintained recorded correspondence with VALENCIA FLORES. UC-1 negotiated the purchase of two (2) pistols and two (2) rifles from VALENCIA FLORES for a total of $5,000.

On or about August 14, 2024, a controlled purchase operation for the firearms from VALENCIA FLORES in Escondido, California was planned.

While under surveillance, a recorded meeting between UC-1, UC-2, and VALENCIA FLORES took place. UC-1 and UC-2 met with VALENCIA FLORES and purchased one (1) Smith & Wesson, M&P Shield, 9mm, pistol bearing S/N: HTK0118 for $1,000; one (1) Taurus, G2S, 9mm, pistol bearing S/N: TLX39961, for $1,000; one (1) Sharps Bros, The Jack, multi caliber, rifle bearing S/N: A21166, for $1,500; and one (1) Aero Precision, X15, multi caliber, short barreled rifle (SBR) (9" barrel length, 27" overall length) bearing S/N: X506284, for $1,500.

During the deal, VALENCIA FLORES provided UC-1 and UC-2 with one (1) Taurus, G2C, 9mm, pistol bearing S/N: AGB057465, gifted or fronted in lieu of payment later. After inspecting all the firearms, UC-1 paid VALENCIA FLORES a total of $5,000 in pre-recorded ATF funds for the firearms.

During the deal, VALENCIA FLORES acknowledged that the Aero Precision rifle was in fact an SBR. UC-1 explained to VALENCIA FLORES that the firearms were being taken to Mexico and the "people" in Mexico preferred SBR's because it was easier for them to exit a car when patrolling the streets.

6

<u>On or About September 19, 2024 - THIRD SALE OF FIREARAMS FROM VALENCIA FLORES</u>

(Count 1)

Following the controlled purchase operation on August 14, 2024, UC-1 maintained recorded correspondence with VALENCIA FLORES. UC-1 negotiated the purchase of four (4) pistols and two (2) rifles from VALENCIA FLORES for a total of $8,000.

On or about September 19, 2024, a controlled purchase operation for the purchase of the firearms from VALENCIA FLORES in Escondido, California occurred. While under surveillance, a recorded meeting between UC-1, UC-2 and VALENCIA FLORES took place.

During the meeting, UC-1 and UC-2 purchased from VALENCIA FLORES one (1) Aero Precision, P15, multi caliber, rifle bearing S/N: PEW07371, for $1,500; one (1) Anderson Manufacturing, AM-15, multi caliber, rifle bearing S/N: 23119076, for $1,500; one (1) Glock, 35, .40 caliber, pistol bearing S/N: BCNC854, for $1,000; one (1) Glock, 19Gen5, 9mm, pistol bearing S/N: ABPN764, for $1,000; one (1) Glock, 27, .40 caliber, pistol bearing S/N: AAFH794, for $1,000; and one (1) Springfield Armory, XDS-9, 9mm, pistol bearing S/N: XS939354, for $1,000.

After inspecting the firearms, UC-1 paid VALENCIA FLORES a total of $8,000 in pre-recorded ATF funds for the firearms. UC-1 paid VALENCIA FLORES an additional $1,000 for the Taurus, G2C, 9mm, pistol bearing S/N: AGB057465, that VALENCIA FLORES gave to UC-1 and UC-2 during the previous controlled purchase operation on or about August 14, 2024.

During the meeting, VALENCIA FLORES stated that he has people in Phoenix, Arizona that would go around purchasing firearms for him. VALENCIA FLORES advised he brought the firearms directly to California to sell to UC-1 and that he would return to Arizona following the deal.

VALENCIA FLORES told UC-1 that he could also get UC-1 MCDs also known as "Glock Switches" capable of converting pistols to machineguns. VALENCIA FLORES further explained that he could also get UC-1 converted M249 rifles that would function as fully automatic machineguns and provided a price of $28,000 for the full auto M249 rifles.

<u>On or About October 28, 2024 - FOURTH SALE OF FIREARMS FROM VALENCIA FLORES</u>

<u>(Counts 1 & 3)</u>

Following the controlled purchase operation on or about September 19, 2024, UC-1 maintained recorded correspondence with VALENCIA FLORES. UC-1 negotiated the purchase of three (3) pistols and three (3) rifles from VALENCIA FLORES for a total of $7,500.

On or about October 28, 2024, a controlled purchase operation for the purchase of the firearms from VALENCIA FLORES in Escondido, California occurred. While under surveillance, a recorded meeting between UC-1, UC-2, and VALENCIA FLORES took place.

During the meeting UC-1 and UC-2 purchased one (1) Smith & Wesson, SD9VE, 9mm, pistol bearing S/N: FXM0895, for $1,000; one (1) Smith & Wesson, M&P40 Shield, .40 caliber, pistol bearing S/N: MPM5253, for $1,000; one (1) Smith & Wesson, M&P 9C, 9mm, pistol bearing S/N: HPL8002, for $1,000; one (1) Radical Firearms, RF-15, Multi Caliber, rifle bearing S/N: 21-081004, for $1,500; one (1) R Guns, TRR15, 6.8 SPC, rifle bearing S/N: A68-10395, for $1,500 (Reported Stolen); and one (1) Federal Armament, FR-15, Multi Caliber, rifle bearing S/N: P00536, for $1,500.

VALENCIA FLORES also provided UC-1 with one (1) un-serialized, machine gun conversion device (MCD), commonly referred to as a "Glock Switch". VALENCIA FLORES explained the functionality of the MCD and how the MCD converts a semi-automatic firearm to a fully automatic machine

8

gun capable of firing more than one round of ammunition per pull of the trigger.

After inspecting the firearms, UC-1 paid VALENCIA FLORES a total of $7,500 in pre-recorded ATF funds for the firearms.

### Request for Sealing

It is further respectfully requested that this Court issue an Order sealing, with disclosure permitted to defendant's counsel pursuant to an early disclosure agreement or Rule 16, Fed. R. Crim. P. or until further order of this Court, all papers submitted in support of this Complaint packet, including the Complaint, the Affidavit, and the Motion to Seal. Sealing is necessary because the facts and evidence presented in the instant Complaint packet are relevant to an ongoing investigation, and premature disclosure of the contents of this Complaint packet may have a negative impact of this continuing investigation and may jeopardize its effectiveness.

### Request for Arrest Warrant

Finally, pursuant to the instant Complaint it is further respectfully requested that this Court issue a warrant for the arrest of VALENCIA FLORES.