```
                                              FILED
                                            Mar 28 2025
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY      s/ A Cortez        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>EDUARDO VALENCIA FLORES,<br><br>           Defendant. | Case No.   '25 CR0991 AJB<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 922(a)(1)(A), 923(a), 924(a)(1)(D)- Engaging in the Business of Dealing Firearms Without a License; Title 26, U.S.C., Sec. 5861(d) - Possession of an Unregistered Firearm; Title 18, U.S.C., Sec. 922(o) and 924(a)(2) - Possession of a Machinegun |

The grand jury charges:

Count 1

Beginning no later than on or about June 28, 2024, and continuing through on or about October 28, 2024, within the Southern District of California and elsewhere, defendant EDUARDO VALENCIA FLORES, not being licensed as an importer, manufacturer, and dealer of firearms, willfully engaged in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

//

FAN:cms:San Diego:3/28/25

Count 2

On or about August 14, 2024, in the Southern District of California, defendant EDUARDO VALENCIA FLORES did knowingly possess a firearm, to wit: an Aero Precision, Model X15, .223 caliber, short-barreled rifle (SBR) bearing serial number X506284 with a nine (9) inch long barrel, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

Count 3

On or about October 28, 2024, in the Southern District of California, defendant EDUARDO VALENCIA FLORES did knowingly possess a machinegun, to wit: a machinegun conversion device (MCD), which is a machinegun as defined in Title 26, United States Code, Section 5845(b), in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

DATED: March 26, 2025.

ANDREW R. HADEN
Acting United States Attorney

By: /s/ Francisco A. Nagel
FRANCISCO A. NAGEL
Assistant U.S. Attorney